

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC,**
Appellant

v.

**COMPASS BANK,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

     In this appeal, Appellee's brief was due to be filed with this court on July 28, 2014. *See* TEX. R. APP. P. 38.6(a). On July 23, 2014, Appellee filed its first motion for extension of time to file its brief until August 27, 2014.

     Appellee's motion is GRANTED. Appellee must file its briefs with this court by August 27, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_____
Keith E. Hottle
Clerk of Court